Jeffrey N. Williams
California Bar No. 274008
*admitted pro hac vice*
WARGO FRENCH & SINGER, LLP
515 South Flower Street, 18th Floor
Los Angeles, CA 90071
Email: jwilliams@wfslaw.com

Alex L. Fugazzi, Esq
Nevada Bar No. 9022
Nathan G. Kanute, Esq.
Nevada Bar No.12413
Samuel K. Pope, Esq.
Nevada Bar No. 16963
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: afugazzi@swlaw.com
breeve@swlaw.com
spope@swlaw.com

*Attorneys for Plaintiff*
*BioWound Solutions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BIOWOUND SOLUTIONS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEGACY FAMILY HEALTHCARE INC., a Florida corporation; and CHRISTIN DELANEY, an individual,<br><br>Defendants. | Case No.: 2:26-cv-00923-BNW<br><br>**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

Plaintiff BioWound Solutions, Inc. ("Plaintiff") and Defendant Christin Bagley f/k/a Christin Delaney ("Defendant") hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this matter shall be dismissed in its entirety without prejudice and with all parties to bear their own costs and fees. Further, because Defendant Legacy Family Healthcare Inc. ("Legacy") has not appeared or filed an answer in this matter and has been defaulted, its consent to dismissal is not required and Plaintiff requests that Legacy be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 4, 2026

WARGO, FRENCH & SINGER, LLP

By: *<u>/s/ Jeffrey N. Williams</u>*

Attorney for Plaintiff
BioWound Solutions, Inc.

Dated: November 4, 2026

CHRISTIN BAGLEY f/k/a CHRISTIN DELANEY

By: *<u>/s Christin Bagley</u>*

Defendant in pro per

IT IS SO **ORDERED**. The Clerk of Court is kindly directed to close the case.

**UNITED STATES MAGISTRATE JUDGE**
**DATED:** November 5, 2026

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date November 4, 2026, I caused to be served a true and correct copy of the foregoing **JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** to be served via U.S. Mail to the following:

Legacy Family Healthcare, Inc.
10163 Fortune Parkway
Jacksonville, Florida 32256

CHRISTIN BAGLEY (f/k/a Christin Delaney)
10163 Fortune Parkway
Jacksonville, FL 32256

*/s/ Elizabeth Castaneda*
Employee of WARGO FRENCH & SINGER LLP